UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE FALLS *et al.*,

    Plaintiffs,                                        Case No. 14-cv-12803
                                                          Hon. Matthew F. Leitman

v.

MLQ MB HOTELS 2011, LLC,

    Defendant.

_____/


## ORDER DENYING DEFENDANT'S MOTION FOR
## ORDER TO SHOW CAUSE (ECF #13)

Before the Court is Defendant's "Motion to Show Cause for Failing to Provide Complete Records Pursuant to a Subpoena." (*See* the "Motion," ECF #13.) Defendant issued the subpoenas in question to eight commercial entities. (*See* the "Subpoenas," ECF #13-2.) The Subpoenas ordered the entities to produce medical records and other documents related to Plaintiff Bruce Falls by mail to Legal Copy Services, Inc. in Grand Rapids, Michigan. (*See id.*)

**IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**. The Subpoenas do not comply with Fed. R. Civ. P. 45(c)(2) because they require the

production of documents at a place (i.e., Grand Rapids) that is more than 100 miles from where the commercial entities regularly transact business in person.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2015, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (313) 234-5113